

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00218-CV

**IN RE ESTATE** of Leonor V. **MUNOZ**, Deceased

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2017-PB7000003L1
Honorable Hugo Martinez, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, appellee's motion to dismiss this appeal is **GRANTED**, and this appeal is **DISMISSED AS MOOT**.

We ORDER that appellee Nora M. Munoz recover her costs of this appeal from appellant Oscar J. Munoz.

SIGNED August 2, 2017.

_____
Marialyn Barnard, Justice